U.S. HOME CORPORATION, Beechwood at Edison, LLC, and Beechwood Shopping Center, LLC, Plaintiffs–Appellants,

v.

UNITED STATES, Defendant–Appellee.

No. 2013–5059.

United States Court of Appeals, Federal Circuit.

Jan. 15, 2014.

Brian Wolfson, The Weingarten Law Firm, LLC, of Piscataway, New Jersey, argued for plaintiffs-appellants. On the brief was Andrew D. Ullrich.

Kenneth D. Woodrow, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were Stuart F. Delery, Assistant Attorney General, Jeanne E. Davidson, Director, and Deborah A. Bynum, Assistant Director.

LOURIE, PROST, and O'MALLEY, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

DATCARD SYSTEMS, INC., Plaintiff–Appellant,

v.

PACSGEAR, INC., Defendant–Appellee.

No. 2013–1445.

United States Court of Appeals, Federal Circuit.

Jan. 16, 2014.

Rehearing Denied Feb. 28, 2014.

Paul A. Stewart, Knobbe, Martens, Olson & Bear, LLP, of Irvine, CA, argued for plaintiff-appellant. With him on the brief was Craig S. Summers.

Willmore F. Holbrow, III, Blakely Sokoloff Taylor & Zafman LLP, of Los Angeles, CA, argued for defendant-appellee. With him on the brief were Dennis G. Martin and James Ahn.

PROST, WALLACH, and CHEN, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.